# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3171

_____

Albert J. Davis,                          *
                                          *
              Appellant,                  *
                                          *   Appeal from the United States
    v.                                    *   District Court for the
                                          *   Western District of Arkansas.
Francis J. Harvey, Secretary of the       *
Army,                                     *   [UNPUBLISHED]
                                          *
              Appellee.                   *

_____

Submitted: September 5, 2006
Filed: September 12, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Albert Davis appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his employer, the Department of the Army (DOA). Having carefully considered each of Davis's arguments on appeal, see Kasper v. Federated Mut. Ins. Co., 425 F.3d 496, 502 (8th Cir. 2005) (de novo standard of review), we agree with the district court that Davis failed to establish that the DOA's proffered legitimate, nondiscriminatory reason for its decision not to

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

promote him--that the hiree received a higher interview score and possessed better skills for the job--were pretextual.  See Gilooly v. Mo. Dep't of Health & Senior Servs., 421 F.3d 734, 739 (8th Cir. 2005) (burden-shifting analysis). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____